IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GRANVILLE MURPHY                                              PLAINTIFF

v.                          No. 3:19-cv-283-DPM

JASON SIMPKINS, Lead Detective,
Blytheville Police Department;
MICHEAL HARRISON, Captain,
Blytheville Police Department;
RICKY JEFFERSON, Assistant
Captain, Blytheville Police Department;
and ROSS THOMPSON, Chief,
Blytheville Police Department                                 DEFENDANTS

## JUDGMENT

Murphy's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2019